*Monday, October 22, 2001*

## MERIT DOCKET

**01–1839. State ex rel. Geauga Cty. Bd. of Commrs. v. Geauga Cty. Sheriff.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., concurs, noting that relators should seek relief in declaratory judgment and prohibitory injunction.

RESNICK, J., not participating.

## MOTION DOCKET

**01–1196. State ex rel. Mackey v. Indus. Comm.**
Franklin App. No. 00AP–860. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file appellant's merit brief in this case pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before January 7, 2002.

**01–1518. State v. Gapen.**
Montgomery C.P. No. 2000CR02945. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Montgomery County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to December 21, 2001.

*Wednesday, October 24, 2001*

## MERIT DOCKET

**01–1539. State ex rel. Untied v. Hoffman.**
In Mandamus. On motion to consolidate case with 01–1501, *State ex rel. Untied v. Hoffman,* and on motion to dismiss. Motion to consolidate denied and motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1570. State ex rel. Sillett v. Carpenter.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1591. State ex rel. Buckner v. Court of Appeals First Appellate Dist.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1608. State ex rel. Bartos v. Indus. Comm.**
Franklin App. No. 00AP–1409. On motion to dismiss and motion to dismiss of TRW, Inc. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY and COOK, JJ., dissent.

**01–1655. Pegg v. Carter.**
In Habeas Corpus. On petition for writ of habeas corpus of Maurice Pegg. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.